UNITED STATES COURT OF APPEALS

FIFTH CIRCUIT

No. 95-50038
Summary Calendar

In re EVELYN J. WOOD, and ERIK
C. MOEBIUS, Debtors.

MICHAEL A. WASH, and NATIONWIDE
INSURANCE COMPANY,

                                        Appellees,

versus

EVELYN J. WOOD, and ERIK C. MOEBIUS,

                                        Appellants.

Appeal from the United States District Court
for the Western District of Texas
(94-CV-594)

(June 9, 1995)

Before SMITH, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court affirming the bankruptcy
court's summary judgment in favor of Michael A. Wash and Nationwide
Insurance Company is AFFIRMED for the reasons given by the district
court in its order and opinion of December 2, 1994.

_____

[*]   Local Rule 47.5 provides:
"The publication of opinions that have no precedential value and
merely decide particular cases on the basis of well-settled
principles of law imposes needless expense on the public and
burdens on the legal profession."
Pursuant to that Rule, the Court has determined that this opinion
should not be published.